# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 659 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Francisco Centeno | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Francisco Centeno appears in response to arrest on 08/19/08. Defendant informed of his rights. Mark A. Irpino and Anthony J. Sasson are given leave to file their appearance on behalf of the defendant. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Status on preliminary examination hearing set for 08/25/08 at 2:00 p.m. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 AUG 19 PM 4:35