STREET ADDRESS