## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:     08 CR 659

UNITED STATES OF AMERICA

       v.

FRANCISCO CENTENO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

      Francisco Centeno

| |
|---|
| NAME (Type or print)<br>Anthony J. Sassan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Anthony J. Sassan |
| FIRM<br>The Law Offices of Anthony J. Sassan |
| STREET ADDRESS<br>221 N. LaSalle St., Suite 2100 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06216800 | TELEPHONE NUMBER<br>(312) 977-9050 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO X☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES X☐          NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES X☐          NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X☐     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL X☐          APPOINTED COUNSEL ☐ |