# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 659 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Francisco Centeno | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's oral motion to continue the status on the preliminary examination hearing is granted. Status hearing continued to set for 09/10/08 at 2:00 p.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|